# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 7    Proceeding** |
| | ) | |
| **Deidre Davis-Patterson** | ) | **Case No. 10-30531-lmw** |
| Debtor | ) | |
| | ) | **Doc. I.D. No. 11** |
| **US Bank, NA** | ) | |
| Movant | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Deidre Davis-Patterson** | ) | |
| **and Barbara H. Katz, Trustee** | ) | |
| Respondent | ) | |

## ORDER GRANTING MOTION FOR RELIEF

After notice, *see* Bankruptcy Code Section 102(1), on US Bank, NA, (hereafter, the "Movant"), Motion for Relief from the Automatic Stay, (hereafter, the "Motion") Doc. I.D. No. 11:

**IT IS HEREBY ORDERED** that the Motion is Granted to the extent that the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to real property known as **138 Frank Street, New Haven, Connecticut** in accordance with applicable state law, and

**IT IS FURTHER ORDERED** that the Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor. The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence to offer such an agreement. In the event the Debtor receives a discharge, any such agreement shall be non-recourse against the Debtor unless included in a reaffirmation agreement.

    **IT IS FURTHER ORDERED** that the 14-day stay under Fed.R.Bankr.P. 4001 (a)(3) is not applicable and the Movant may immediately enforce and implement this order.

    No deficiency judgment shall be enforced without the further order of thecourt (unless this case is dismissed).

Dated: May 3, 2010                                     BY THE COURT

                                                    Lorraine Murphy Weil
                                           Chief United States Bankruptcy Judge

In Full Compliance SCP
kvk